DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtors and Debtors-in Possession*
120 Bloomindale Road, Suite 100
White Plains, New York 10605
(914) 557-7200
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DMMJ REALTY CORP., | Case No.:  25-22157 (SHL) |
| Debtor. | |

-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MEXICAN-AMERICAN EL TIO LTD. | Case No.:  25-22158 (SHL) |
| Debtor. | |

-------------------------------------------------------------x

**APPLICATION TO EMPLOY AND RETAIN LAW OFFICES OF FINGER & FINGER,
P.C. AS ATTORNEYS FOR THE DEBTOR, EFFECTIVE AS OF FEBRUARY 27, 2025**

TO:    THE HONORABLE SEAN H. LANE,
       UNITED STATES BANKRUPTCY JUDGE:

DMMJ Realty Corp. ("DMMJ") and Mexican-American El Tio Ltd. ("El Tio"), the above-

captioned debtors and debtors-in-possession (collectively, the "Debtors"), by their president, Patty

Barajas, hereby submits this application (the "Application") seeking entry of an order authorizing

the Debtors' retention of the Law Offices of Finger & Finger, P.C. ("F&F") as the tenant and real

estate attorneys in this Chapter 11 cases, effective as of February 27, 2025.  In support of its

Application, the Debtors respectfully represent as follows:

## JURISDICTION

1.      The Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.      The statutory basis for the relief requested herein is section 327(a) of title 11 of the United States Code, 11 U.S.C., et seq. (the "Bankruptcy Code").

3.      On February 27, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

4.      The Debtors have continued in possession of their property and the management of their business affairs as a debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee has been appointed at this time; Jolene Wee has been appointed as the Subchapter V trustee.

5.      The Debtors are the owners of a restaurant and building located at 143 Westchester Avenue, Port Chester, New York (the "Property"). The building currently has forty-three (43) single room occupancy (SRO) tenants.

6.      The Debtor intends to utilize Chapter 11 to either sell or refinance the Property and file a plan of reorganization.

## RELIEF REQUESTED

7.      The Debtors seek to retain F&F as their tenant and real estate attorneys in the Chapter 11 Cases to assist DMMJ with title issues, examine the rights of tenants, and ultimately, to sell the Property. Accordingly, the Debtors request entry of an order in substantially the form annexed hereto as **Exhibit A** and pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) authorizing the Debtors to employ and retain F&F to perform services necessary in the Chapter 11 Cases.

8.     The professional services F&F will render to the Debtors include the following:

a.  To give advice to the Debtors with respect to their powers and duties as landlords and owners of the Property.

b.  To determine the rights, if any, of the various Property's tenants and work out a plan and take the necessary legal steps in order to prepare the Property for sale.

c.  To prepare the necessary answers, orders, reports and other legal papers required.

d.  To appear before the Bankruptcy Court and state court to protect the interests of the Debtors and to represent the Debtors in all matters pending before these Courts.

e.  To attend meetings and negotiate with tenants and representatives of creditors and other parties in interest.

f.  To advise the Debtors in connection with any potential sale of the Property.

g.  To represent the Debtors in connection with obtaining post-petition financing, if necessary.

h.  To perform all other legal services for the Debtors which may be necessary for the preservation of the Debtors' estates and to promote the best interests of the Debtors, their creditors, and the estates.

9.     The Debtors selected F&F because it has substantial experience in real estate, zoning, tenant, and other similar laws in Westchester County, and certain of its attorneys have extensive experience representing landlords in proceedings before this Court and in state court and are well suited to represent the Debtors in the instant proceeding.

10.    It is necessary for the Debtors to employ F&F for such professional services pursuant to section 327 of the Bankruptcy Code.

11.    To the best of the Debtors' knowledge, F&F has no connection with the creditors or any other party in interest or their attorneys.  The declaration of Kenneth Finger (the "Finger Declaration") as to F&F's disinterestedness is annexed hereto as **Exhibit B**. To the best of the Debtors' knowledge, F&F does not hold or represent any interest adverse to the Debtors' estates,

F&F is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and F&F's employment is necessary and in the best interests of the Debtors and their estates.

12.     Subject to Court approval, compensation will be paid to F&F for services provided on an hourly basis plus reimbursement of actual, necessary expenses incurred.  F&F's 2025 hourly rates for matters related to this Chapter 11 proceeding are as follows:

| Name | Title | Rate |
|------|-------|------|
| Kenneth Finger | Partner | $575 |
| Carl Finger | Partner | $575 |
| Daniel Finger | Partner | $575 |
| Dorothy Finger | Partner | $575 |
| Notices & Petitions | | $400 per document per tenant[1] |

13.     The hourly rates above are subject to periodic adjustment to reflect economic and other conditions. The hourly rates above are standard, if not below standard, rates for work of this nature. These rates are designed to fairly compensate F&F for the work of its attorneys and paralegals and to cover fixed routine overhead expenses.

14.     F&F will be paid for the legal services rendered upon application duly filed with this Court and order(s) pursuant to sections 330 and 331 of the Bankruptcy Code.

15.     The Debtors desire to employ F&F pursuant to section 327 of the Bankruptcy Code because of the extensive legal services, which are required and indeed are anticipated for a successful reorganization under Chapter 11 of the Bankruptcy Code.

*[Remainder of Page Intentionally Left Blank]*

---

[1]     To keep costs low, this work is performed by paraprofessionals and supervised by attorneys. Such fees are typical in the real estate field and are not duplicative of hourly rates of attorneys.

WHEREFORE, the Debtors pray for an Order of this Court authorizing it to employ and F&F to represent it as real estate and landlord/tenant counsel in this proceeding under Chapter 11 of the Bankruptcy Code, together with such other and further relief as appears just to this Court, for all of which no previous application has been made.


Dated:   March 10, 2025
         White Plains, New York                    Respectfully submitted,


                                        _/s/ Robert L. Rattet_____
                                        Robert R. Rattet
                                         New York Bar No. 1674118
                                        **DAVIDOFF HUTCHER & CITRON LLP**
                                        120 Bloomingdale Road, Suite 100
                                        White Plains, New York 10605
                                        Telephone:   (914) 381-7400
                                        Email:   rlr@dhclegal.com

                                        ***Proposed Counsel for the Debtors***