**Fill in this information to identify the case:**

Debtor Name: **DMMJ REALTY CORP**

United States Bankruptcy Court for the: Southern District of New York

Case number: **2522157**

☑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: April, 2025

Date report filed: 08/13/2025 (MM/DD/YYYY)

Line of business: Real Estate

NAISC code: 531120

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Month: APRIL 2025

Responsible party: PATRICIA BARRAJAS /s/

Original signature of responsible party: /s/ PATRICIA BARAJAS

Printed name of responsible party: PATRICIA BARAJAS

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name **DMMJ REALTY CORP**  Case number **2522157**

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __1,518.37__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ __7,270.00__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  − $ __4,931.33__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __2,338.67__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ __3,857.04__

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ __0.00__

    (Exhibit E)

Debtor Name **DMMJ REALTY CORP**　　　　Case number **2522157**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables　　　　　　　　　　　　　　　　　　　　　　　　　　$ 0.00

　　(Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?　　　　　　0
27. What is the number of employees as of the date of this monthly report?　　0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?　　$ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?　　$ 0.00
30. How much have you paid this month in other professional fees?　　$ 0.00
31. How much have you paid in total other professional fees since filing the case?　　$ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 8,000.00 | – | $ 7,270.00 | = | $ 730.00 |
| 33. Cash disbursements | $ 8,250.00 | – | $ 4,931.33 | = | $ 3,318.67 |
| 34. Net cash flow | $ -250.00 | – | $ 2,338.67 | = | $ 2588.67 |

35. Total projected cash receipts for the next month:　　　　　　　　　　$ 8,000.00
36. Total projected cash disbursements for the next month:　　　　　　– $ 8,250.00
37. Total projected net cash flow for the next month:　　　　　　　　= $ -250.00

Official Form 425C　　Monthly Operating Report for Small Business Under Chapter 11　　page 3

Debtor Name DMMJ REALTY CORP                      Case number 2522157

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

```
                                                                Statement Period
                                                                From April    01, 2025
                                                                To   April    30, 2025
                                                                Page    1 of    2

                                                                PRIVATE CLIENT GROUP 722
                                                                1C QUAKER RIDGE ROAD
                                                                NEW ROCHELLE, NY 10804

       DMMJ REALTY CORP DIP              9-722
       DEBTOR IN POSSESSION
       CASE # 2522157
       304 MAYFLOWER AVE
       NEW ROCHELLE NY  10801                          See Back for Important Information

                                                       Primary Account:    )5872       2
```

### IMPORTANT NOTICE AND CHANGE IN TERMS

THIS NOTICE HIGHLIGHTS IMPORTANT CHANGES TO THE TERMS ASSOCIATED WITH YOUR ACCOUNTS AND SERVICES AT FLAGSTAR BANK, N.A. THE CHANGES BECOME EFFECTIVE JULY 1, 2025.

FUNDS AVAILABILITY:
- ALL REFERENCES TO AVAILABILITY OF THE FIRST 225 DOLLARS WILL BE UPDATED TO 275 DOLLARS.
- REFERENCES TO THE AVAILABILITY OF THE FIRST 25,000 DOLLARS OF A DAY'S CHECK DEPOSITS WILL BE UPDATED TO 6,725 DOLLARS.

CHANGE TO PRIVATE BANK CLIENT CARE SERVICES AND SUPPORT HOURS:
THE FLAGSTAR PRIVATE BANK BUSINESS BANK ACCOUNT AGREEMENT AND DISCLOSURES, THE FLAGSTAR PRIVATE BANK PERSONAL BANK ACCOUNT AGREEMENT AND DISCLOSURES, THE FLAGSTAR PRIVATE BANK BUSINESS PRODUCT TERMS AND CONDITIONS, AND THE FLAGSTAR PRIVATE BANK PERSONAL PRODUCT TERMS AND CONDITIONS ARE BEING UPDATED TO REMOVE ALL REFERENCES TO "24/7" IN THE LANGUAGE PERTAINING TO THE PRIVATE BANK'S CLIENT CARE SERVICES AND SUPPORT.
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/CONNECT/CONNECT-WITH-US.HTML

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| )5872   BANKRUPTCY CHECKING | 1,518.37 | 3,857.04 |
| RELATIONSHIP TOTAL | | 3,857.04 |

```
                                                              Statement Period
                                                              From April    01, 2025
                                                              To   April    30, 2025
                                                              Page    2 of    2

                                                              PRIVATE CLIENT GROUP 722
                                                              1C QUAKER RIDGE ROAD
                                                              NEW ROCHELLE, NY 10804


        DMMJ REALTY CORP DIP              9-722
        DEBTOR IN POSSESSION
        CASE # 2522157
        304 MAYFLOWER AVE
        NEW ROCHELLE NY   10801                               See Back for Important Information

                                                              Primary Account     5872          2


   BANKRUPTCY CHECKING           J5872



   Summary
     Previous Balance as of April    01, 2025                                      1,518.37
         6 Credits                                                                 7,270.00
         4 Debits                                                                  4,931.33
     Ending Balance as of   April    30, 2025                                      3,857.04

   Deposits and Other Credits
     Apr 01  DEPOSIT                                                                 600.00
     Apr 07  DEPOSIT                                                               2,790.00
     Apr 09  DEPOSIT                                                               2,780.00
     Apr 16  DEPOSIT                                                                 250.00
     Apr 16  DEPOSIT                                                                 600.00
     Apr 30  DEPOSIT                                                                 250.00

   Withdrawals and Other Debits
     Apr 04  AUTOMATED PAYMENT     ck/ref no.  2502280
             PREMIUM FINANCE       PAYMENTS    1104-667097                         1,210.29
     Apr 21  AUTOMATED PAYMENT     ck/ref no.  3709293
             OPTIMUM 7803          CABLE PMNT  56134101                              375.21

   Checks by Serial Number
     Apr 16    2002          2,500.00    Apr 24    2003        845.83

   Daily Balances
     Mar 31          1,518.37            Apr 16        4,828.08
     Apr 01          2,118.37            Apr 21        4,452.87
     Apr 04            908.08            Apr 24        3,607.04
     Apr 07          3,698.08            Apr 30        3,857.04
     Apr 09          6,478.08
```

**EXHIBIT C: CASH RECEIVED APRIL 2025**
**DMMJ REALTY CORP**
Case Number 2522157

| DATE | CASH RECEIVED | DESCRIPTION |
|---|---|---|
| Apr-25 | | |
| 4/1/25 | $ 600.00 | Cash Deposit -- Rent |
| 4/7/25 | $ 2,790.00 | Cash Deposit -- Rent |
| 4/9/25 | $ 2,780.00 | Cash Deposit -- Rent |
| 4/16/25 | $ 600.00 | Cash Deposit -- Rent |
| 4/16/25 | $ 250.00 | Check -- 50% of Tenant Rent |
| 4/30/25 | $ 250.00 | Cash Deposit -- Additional 50% of Tenant's Rent |

Total Receipts    $    7,270.00

**EXHIBIT D: CASH DISBURSED APRIL 2025**
**DMMJ REALTY CORP**
**Case Number 2522157**

| DATE | CASH DISBURSEMENT | PAYEE | PURPOSE |
|---|---|---|---|
| 4/4/25 | $ 1,210.29 | Insurance | Insurance Auto Debit Payment Ref #2502280 |
| 4/16/25 | $ 2,500.00 | Titan Funding | Check #2002: Loan Application |
| 4/21/25 | $ 375.21 | Optimum | Internet Auto Debit Payment Ref #3709293 |
| 4/24/25 | $ 845.83 | Veolia Water | Check #2003: Water Company |

Total Disbursements    $    4,931.33