DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtor DMMJ Realty Corp.*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DMMJ REALTY CORP.,[1] | Case No.: 25-22157 (SHL) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

## ORDER (I) APPROVING BIDDING PROCEDURES AND (II) SCHEDULING AUCTION AND SALE HEARING

Upon the motion (the "Motion")[2] of DMMJ Realty Corp. ("DMMJ"), by its attorneys, Davidoff Hutcher & Citron LLP, seeking entry of an order under 11 U.S.C. § 363(b), (f), 365, 1123, and 1146(a): (i) establishing bidding procedures, annexed hereto as **Exhibit A** (the "Bidding Procedures"), to govern the auction sale (the "Sale") of the Debtors' real property (the "Property"); (ii) scheduling an auction to sell the Property, subject to higher and better bids (the "Auction") and the manner of notice of the Auction; and (iii) scheduling a hearing to approve the sale of the Property in accordance with the Auction (the "Sale Hearing"); and, after due and sufficient notice, there being no objections to the requested relief; and all of the proceedings herein; and, after due deliberation, the Court having determined that the Bidding Procedures are designed to maximize the sale value of the Property and are a prudent exercise of business judgment; and good and sufficient cause having been shown, it is hereby,

---

[1] While the Chapter 11 case of DMMJ Realty Corp. (Tax ID: **-***3226) is jointly administered with Mexican-American El Tio Ltd. (Tax ID: **-***5873), these Bid Procedures only pertains to DMMJ Realty Corp. The address of the Debtors is 143 Westchester Avenue, Port Chester, NY 10573.

[2] Capitalized terms not otherwise defined herein shall have the meanings as set forth in the Motion.

1

**ORDERED**, that the Motion is granted; and it is further

**ORDERED,** that DMMJ is authorized to conduct the Auction for the sale of the Property in accordance with the Bidding Procedures annexed hereto as **Exhibit A**, which Bidding Procedures are hereby approved; and it is further

**ORDERED**, the Broker shall promptly deliver to DMMJ any offers received; and it is further

**ORDERED**, that DMMJ may, in an exercise of its business judgment, approve a stalking horse bid for the Property and grant such stalking horse bidder bid protections in the form of a break-up fee of up to 3% of such stalking horse bid, with such break-up fee to be paid solely from the proceeds of sale to a higher Successful Bidder at the Auction, without the need for further approval of this Court; and it is further

**ORDERED**, that to the extent any such stalking horse bidder is selected, DMMJ will file a notice immediately thereafter including the name and terms of any such agreement; and it is further

**ORDERED**, that the deadline for submitting bids to become Qualified Bids is November 17, 2025 at 5:00 p.m.; and it is further

**ORDERED**, that if any Qualified Bids are received in accordance with the Bidding Procedures, DMMJ will conduct an Auction on November 19, 2025, at the White Plains offices of Debtors' counsel at 120 Bloomingdale Road, Suite 100, White Plains, New York 10605; and it is further

**ORDERED,** that a hearing shall be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, 300 Quarropas Street, White Plains, New York 10601, on **December 2, 2025 at 10:00 a.m.** or as soon thereafter as

counsel may be heard (the "Sale Hearing"), to confirm the results of the Auction, authorize the sale of the Property, based upon the results of the Auction, and grant such other related relief as may be deemed necessary or proper by the Court; and it is further

**ORDERED,** that objections to the relief to be considered at the Sale Hearing shall be filed by November 24, 2025 at 5:00 p.m. with the Bankruptcy Court at the Court's website https://ecf.nysb.uscourts.gov/cgi-bin/login.pl (password and log in required), with a copy delivered directly to the Court's chambers and served upon counsel to DMMJ so as to be received by such date; and it is further

**ORDERED**, that, notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, for cause; and it is further

**ORDERED**, that to the extent that this Order is inconsistent with any prior order or pleading with respect to the proposed sale transaction, the terms of this Order shall govern; and it is further;

**ORDERED**, that the Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order; and it is further

**ORDERED**, that (a) DMMJ shall serve this Order along with the Motion and the Bidding Procedures upon: (i) the Office of the U.S. Trustee and Subchapter V Trustee, (ii) all taxing authorities, including the town of Rye, New York, (iii) all known creditors of the Debtors. (iv) all entities known or reasonably believed to have asserted a lien, claim, interest, or encumbrance in either of the Property, (v) all potential buyers known by the Debtors as having previously expressed interest in acquiring the Property, and (vi) all parties that have requested

3

notice pursuant to Bankruptcy Rule 2002, within three (3) business days of entry of this Order.

Dated: October 10, 2025                            **_/s/ Sean H. Lane_**
White Plains, New York                         United States Bankruptcy Judge

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtor DMMJ Realty Corp.*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DMMJ REALTY CORP.,[1] | Case No.: 25-22157 (SHL) |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------x

## BID PROCEDURES[2]

The following bid procedures and terms of sale (the "Bid Procedures") shall govern the sale auction process by DMMJ Realty Corp. ("DMMJ") for that certain real property located at 143 Westchester Avenue, Port Chester, New York (the "Property").

The Sale of the Property is being conducted pursuant to, *inter alia*, Bankruptcy Code Sections 363(b), (d), (f), (k) and (m), 365, 1123(a)(5), 1123(b)(4), and 1146(a). DMMJ is the seller. DMMJ has requested approval of these Bid Procedures pursuant to a motion (the "Motion") to the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**I.    Qualified Bidder Status**

Any potential individual, partnership or entity that wishes to tender an offer or bid to purchase the Property must demonstrate to the satisfaction of DMMJ that such potential bidder is a "Qualified Bidder." A Qualified Bidder is a potential bidder who no later than **November 17, 2025 at 5:00 p.m.** (the "Bid Deadline") delivers so as to be actually received (including by email) to: (a) the Debtors' retained real estate broker Northgate Real Estate Group (the "Broker"), attn: Greg Corbin, email: greg@northgatereg.com, and (b) counsel to DMMJ, Davidoff Hutcher & Citron LLP, 605 Third Avenue, 15th Floor, New York, New York 10158, Attention: Craig M. Price, Esq., email: cmp@dhclegal.com, the following:

---

[1] While the Chapter 11 case of DMMJ Realty Corp. (Tax ID: **-***3226) is jointly administered with Mexican-American El Tio Ltd. (Tax ID: **-***5873), these Bid Procedures only pertains to DMMJ Realty Corp. The address of the Debtors is 143 Westchester Avenue, Port Chester, NY 10573.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

a.     A written and signed irrevocable and binding offer (the "Qualified Bid") that:

      (i)     Fully discloses the identity of each person or entity that is bidding for the Property (the "Bidder"). The Bidder must fully disclose all persons or entities that may be participating with the Bidder including the identity of any partner, member, equity holder or financial backer of the Bidder and the terms of any such participation;

      (ii)     Includes the Bidder's address, e-mail address, and telephone number where the Bidder may be contacted along with its counsel's information;

      (iii)     States that the Bidder is financially able and interested in acquiring the Property for the cash price of its offer without any contingencies as to financing and/or additional due diligence of any kind whatsoever, except as provided herein;

      (iv)     Contains a signed acknowledgment that any bid by the Bidder shall not be contingent upon such Bidder obtaining financing;

      (v)     Contains a signed acknowledgment that the Bidder will be bound by its bid and the representation and statements made in the Qualified Bid until seven (7) days after the Closing Date (defined herein) or until such bid is rejected in writing by DMMJ;

      (vi)     Is accompanied by a signed confidentially agreement with respect to all aspects of the Sale in a form to be provided by DMMJ or the Broker;

      (vii)     Is accompanied by financial information which fairly and reasonably demonstrates the source of the Bidder's ability to close on the purchase of the Property as the case may be in the amount of its bid in the event that the Bidder is accepted by DMMJ as the Successful Bidder (as defined herein), subject to approval of the Bankruptcy Court;

      (viii)     Is accompanied by evidence that a good faith deposit in the amount of ten percent (10%) of its bid in immediately available funds (the "Deposit"), which Deposit shall be made by wire transfer to an attorney escrow account designated by DMMJ's counsel pursuant to wire instructions to be provided;

      (ix)     Contains other information reasonably requested by DMMJ;

      (x)     The offer is in an amount greater than $1,750,000 plus payment of the 5% Buyer's Premium to the Broker;

      (xi)     Includes a duly authorized and executed purchase and sale agreement in a form acceptable to DMMJ; and

2

      (xii)    **Notwithstanding the Bid Deadline, Qualified Bids may (but not necessarily will) also be considered at the Auction.**

b.    An executed original of these Bid Procedures in which the Bidder agrees and acknowledges that it will be irrevocably bound by each of the terms herein including the following:

    (i)    The Bidder expressly acknowledges that it has relied solely on its own independent due diligence, investigation, analysis and valuations of the Property and that it did not rely upon any oral or written statements, representations, warranties, promises or guarantees whatsoever, whether expressed or implied with respect to the Properties from DMMJ, its professionals, the Broker, and their agents and/or representatives.

    (ii)    DMMJ, its professionals, agents and representatives and the Broker and its agents and representatives, have not made, and do not make (and no Contract defined below, will contain), any representations as to the physical condition, rents, leases, expenses, zoning, development, operations, value of the land of the Property, if any, or any other matter or thing affecting or related to the Property, which might be pertinent to the purchase of the Property, including, without limitation, (i) the current or future real estate tax liability, assessment or valuation of the Property; (ii) the potential qualification of the Property for any and all benefits conferred by or available under federal, state, city or municipal laws, whether for subsidies, special real estate tax treatment, insurance, mortgages, or any other benefits, whether similar or dissimilar to those enumerated; (iii) the compliance or non-compliance of the Property, in its current or any future state, with applicable present or future zoning ordinances or other land use law or regulation, or the ability to obtain a change in the zoning or use, or a variance in respect to the Property; (iv) the availability of any financing for the purchase, alteration, rehabilitation, development or operation of the Property from any source, including, but not limited to, any state, city or federal government or institutional lender; (v) the current or future use of the Property; (vi) the present and future condition and operating state of any and all machinery or equipment on the Property, if any, and the present or future structural and physical condition of any building thereon or its suitability for rehabilitation or renovation; (vii) the ownership or state of title of any personal Property on the Property; (viii) the presence or absence of any laws, ordinances, rules or regulations issued by any governmental authority, agency or board and any violations thereof; (ix) any present or future issues concerning subdivision or non-subdivision of the Property; or (x) the compliance or non-compliance with environmental laws and the presence or absence of underground fuel storage tanks, any asbestos or other hazardous materials anywhere on the Property.

    (iii)    The Bidder expressly acknowledges that any and all of its incurred expenses concerning any due diligence, such as obtaining title reports or environmental inspections, shall be the sole responsibility of the Bidder, and under no

3

<ul><li>circumstances shall DMMJ, its estate, the Broker, or their professionals be responsible to pay such expenses.</li></ul>

(iv) The Bidder expressly acknowledges that **Time Is Of The Essence** with respect to the Bidder's obligation to pay the Deposit (defined herein) and the balance of the purchase price on the Closing Date (defined herein), and that any failure by the Bidder to pay the balance of the purchase price on the Closing Date will result in DMMJ retaining the Deposit as liquidated damages as an asset of DMMJ's estate, and the termination of the Bidder's right to acquire the Property.

(v) The Bidder expressly acknowledges that **Time Is Of The Essence** as to the Bidder to perform all of the obligations required on its part in accordance with the Bid Procedures.

(vi) The Bidder expressly acknowledges that no offer or bid for the Property shall be deemed accepted by, or binding upon, DMMJ's estate unless and until such offer or bid is accepted in writing by DMMJ and approved by Order of the Bankruptcy Court.

(vii) In the event that the Bidder is selected as the highest and best bid at the Auction, such Bidder expressly acknowledges that it must close on the purchase of the Property on a date (the "Closing Date") which is not later than thirty (30) days after approval of the sale(s) by the Bankruptcy Court. The Auction shall be subject to entry of an Order of the Court confirming the sale of the Property to the applicable Successful Bidder (hereinafter defined) (the "Sale Confirmation Order"). The closing shall take place at the office of the DMMJ's counsel.

(viii) The Successful Bidder shall be obligated to close on the purchase of the Property and there is no contingency of any kind or nature that will permit the Successful Bidder to avoid its obligations under these Bid Procedures. Anything to the contrary contained in these Bid Procedures notwithstanding, DMMJ shall have the right to adjourn the Closing Date in order to remedy any defect to title that is not resolved by the order approving the Sale.

(ix) The Bidder expressly acknowledges and agrees that in the event that another person or entity is selected as the Successful Bidder but fails to timely tender the Deposit or otherwise perform its obligations under these Bid Procedures, DMMJ, with prior order of the Bankruptcy Court, may contact the Back-Up Bidder (hereinafter defined) and sell the Property to the Back-Up Bidder without any further notice or further approval of the Bankruptcy Court, without giving credit for the Deposit or Additional Deposit (hereinafter defined) and it shall be forfeited by the Successful Bidder, and upon such other terms and conditions as DMMJ deems appropriate in its reasonable business judgment and with prior order of the Bankruptcy Court. Thereafter, the Back-Up Bidder shall be deemed for all benefits and obligations to be the Successful Bidder and shall comply

4

       with the terms, conditions, and obligations set forth herein and the related documents and order of the Bankruptcy Court.

(x)    As a condition to closing, the Successful Bidder (or the Back-Up Bidder should it become the Successful Bidder), must, upon a sale of the Property, pay the Broker a buyer's premium in the amount of 5% of the gross purchase price, which premium shall: (i) be paid directly to Northgate on the Closing Date, and (ii) be in addition to the consideration (or gross purchase price) that the Successful Bidder (or the Back-Up Bidder should it become the Successful Bidder) pays for the Property.

(xi)    The Bidder expressly acknowledges that the Property is being sold pursuant to 11 U.S.C. § 363(b), (d), (f), (k) and (m), **"AS IS", "WHERE IS" IN ITS CURRENT CONDITION, WITHOUT ANY REPRESENTATIONS, COVENANTS, GUARANTEES OR WARRANTIES OF ANY KIND OR NATURE WHATSOEVER**, and free and clear of any liens, claims or encumbrances of whatever kind or nature, with such liens, if any, to attach to the proceeds of sale, and is subject to among other things (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; and (d) any building or zoning ordinances or any other applicable municipal regulations and violations thereof; and (e) environmental conditions.

(xii)    The Bidder expressly acknowledges and agrees to otherwise be bound by all the terms of the Bid Procedures.

    Bids fulfilling all of the preceding requirements, as determined by DMMJ and its advisors will be deemed to be "Qualified Bids," and those parties submitting Qualified Bids will be deemed to be "Qualified Bidders." DMMJ reserves the right to work with any bidder in advance of the Auction to cure any deficiencies in a Bid that is not initially deemed to be a Qualified Bid.

## II.    Opening Bid/Minimum Bid; Stalking Horse and Bid Protections

    The opening bid must be greater than $1,750,000.00 (the "Opening Bid"). The next highest bid must be greater than $1,750,000 plus payment of the 5% Buyer's Premium to the Broker.

    Upon entry of the Sale Procedures Order and up until two calendar days prior to the Auction, DMMJ shall be authorized, but not obligated, in an exercise of their business judgment, to: (a) select a Qualified Bidder to act as stalking horse bidder in connection with the Auction (a "Stalking Horse Bidder"); and (b) in connection with any stalking horse agreement with a Stalking Horse Bidder (i) provide a breakup fee (the "Breakup Fee"), in an amount no greater than a 3% of the purchase price contemplated by such stalking horse agreement, and/or (ii) agree to reimburse reasonable and documented out-of-pocket fees and expenses (the "Expense Reimbursement," and together with the Breakup Fee, the "Bid Protections").

5

**III.    The Auction**

DMMJ, with the assistance of its Broker, shall conduct a public auction (the "Auction") with respect to the Property on **November 19, 2025, at 2:30 P.M. EST** (the "Auction Date"). The Auction shall take place by a virtual or video conference remote process, as DMMJ notify all Qualified Bidders and other invitees via e-mail not later than one (1) business day before the Auction Date, including the right to conduct the Auction by video or conference call at the discretion of DMMJ. The Auction may be adjourned by DMMJ or by order of the Bankruptcy Court. If, however, no Qualified Bid is received by the Bid Deadline, then the Auction will not be held. The Auction shall be governed by the following procedures:

a. Only authorized representatives and respective counsel of each of the Qualified Bidders and DMMJ shall be permitted to attend and participate at the Auction;

b. Only the Qualified Bidders shall be entitled to make any subsequent bids at the Auction;

c. Each Qualified Bidder shall be required to confirm under oath that it has not engaged in any collusion with respect to the bidding or the Auction;

d. Bidding shall commence at the amount of the highest and best Qualified Bid submitted by the Qualified Bidders by the Bid Deadline;

e. The Qualified Bidders shall participate at the Auction, through a duly authorized representative with authority to bind the entity;

f. The Auction will be conducted so that each Qualified Bidder will be informed of the previous bid(s);

g. Qualified Bidders may submit successive bids in increments of at least $10,000;

h. The Auction shall continue until there is only one offer that DMMJ determines, subject to Bankruptcy Court approval, is the highest and best offer submitted at the Auction from among the Qualified Bidders (the "Successful Bid"). The bidder which submitted such Successful Bid shall become the "Successful Bidder";

i. At the end of the Auction, DMMJ shall also announce the next highest and otherwise best offers after the Successful Bid (the "Back-Up Bid" and the Qualified Bidders that submitted such bids, the "Back-Up Bidder");

j. Deposits submitted by the Qualified Bidders who do not become the Successful Bidder shall be returned by the Debtors within four (4) business days after (i) the Auction is consummated with the Successful Bidder or (ii) DMMJ has determined not to sell the Property;

6

k. The Successful Bidder shall within three (3) business days after the Auction increase the Deposit as necessary to an amount equal to ten percent (10%) of its final bid at the Auction (the "Additional Deposit") with **Time Being of the Essence** as to the Successful Bidder's obligation to increase the Deposit;

l. All Qualified Bidders at the Auction shall be deemed to have consented to the core jurisdiction of the Bankruptcy Court and waived any right to a jury trial in connection with any disputes relating to the Auction and these Bid Procedures;

m. Once the Successful Bidder is identified, DMMJ may submit the Successful Bid for approval by the Bankruptcy Court; and

n. The Auction shall be transcribed by a court reporter and all Qualified Bidders will be required to sign in and identify their attendance with the court reporter.

o. A hearing (the "Sale Hearing") shall be held before the Honorable Sean H. Lane, Bankruptcy Judge, United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 on November [●], 2025, at [●]_.m., or a soon thereafter as the Debtor may be heard, to confirm the results of the Auction and consider approval of the sale of the Property free and clear of all liens, claims, encumbrances, including but not limited to, rights of first refusal and any lis pendens filed in connection therewith and interests of any kind (collectively, the "Claims"). Any objections to approval of the sale of the Property pursuant to the results of the Auction, free and clear of the Claims, shall be made in writing and filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov (login and password required), with a copy delivered to Chambers and served upon Craig M. Price, Esq., Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, NY 10158 and via email to cmp@dhclegal.com so as to be received no later than 7 days prior to the Sale Hearing at 4:00 p.m.

The Debtors will present the results of the Auction to the Bankruptcy Court at the Sale Hearing, at which certain findings will be sought from the Bankruptcy Court regarding the Auction, including, among other things, that (a) the Auction was conducted, and the winning bidder was selected in accordance with these Bidding Procedures, (b) the Auction was fair in substance and procedure, and (c) consummation of the Successful Bid will provide the highest or otherwise best value for the Property and is in the best interests of DMMJ's estates.

IV. **Miscellaneous**

a. DMMJ reserves the right to reject any offeror or bidder, who in DMMJ's reasonable business judgment, is believed not financially capable of consummating the purchase of the

7

Property.  DMMJ reserves the right to withdraw the Property from sale as it deems necessary or appropriate in its reasonable business judgment.

      b.    Nothing contained in these Bid Procedures is intended to supersede or alter any provisions of title 11 of the United States Code (the "Bankruptcy Code") or otherwise interfere with the jurisdiction of the Bankruptcy Court.  All of the terms and conditions set forth in these Bid Procedures are subject to modification as may be directed by DMMJ or the Bankruptcy Court.  DMMJ, and upon notification to the Office of the United States Trustee, reserves the right to modify the Bid Procedures to maintain consistency with the provisions of the Bankruptcy Code and/or prior orders of the Bankruptcy Court.  Qualified Bidders will be notified of such modifications on or prior to the commencement of the Auction.

I have read these Bid Procedures and agree to be bound by them. (**Please print clearly**)

Date: _____

Bidder: _____

Signature: _____

Title: _____

Address: _____

E-Mail: _____

Phone Number: _____

Attorney Info: _____